ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of - | ) |
| | ) |
| Maersk Line, Limited | ) ASBCA No. 62958-PET |
| | ) |
| Under Contract No. SPM300-12-D-3595 | ) |

APPEARANCE FOR THE PETITIONER:     Robert E. Korroch, Esq.
                                    Williams Mullen
                                    Norfolk, VA

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
                                     DLA Chief Trial Attorney
                                    Steven C. Herrera, Esq.
                                    Lindsay A. Salamon, Esq.
                                    Stacey E. Hirsch, Esq.
                                     Trial Attorneys
                                     DLA Troop Support
                                     Philadelphia, PA

ORDER OF DISMISSAL

The petition has been withdrawn. Accordingly, it is dismissed from the Board's docket.

Dated: August 23, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62958-PET, Petition of Maersk Line, Limited, rendered in conformance with the Board's Charter.

Dated: August 23, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals